UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )    Case No. 15bk16173
    ARMANDO ORTIZ               )
    ERICKA ORTIZ                )    Chapter 13
                                    )
    Debtor.                     )    Honorable Timothy A. Barnes
                                    )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO DALE A. RILEY, ATTORNEY FOR DEBTORS, FOR ALLOWANCE
AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 7,236.25 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 3,180.33 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 4,055.92 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 4,055.92**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 43.70**

    The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(2)    Insufficient Description – TOTAL of disallowed amounts: $ 2,724.00**

    The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

**(3)    Computational or Typographical Error – TOTAL of disallowed amounts: $ 17.00**

    The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical

entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

**(4)    Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected entries): $ 47.13**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

**(5)    Unreasonable Time – TOTAL of disallowed amounts: $ 348.50**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case there were repeated entries for tasks already done or repeatedly done at excessive time for each entry. One entry for checking the Chapter 13 Trustee's website was entered at 0.1 hours so all entries were reduced to same. Any further time is excessive to check a website.

Dated:  OCT 1 5 2015 ,

Timothy A. Barnes
United States Bankruptcy Judge

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 12/10/2014<br>(1) Lumping | **Sign-Up on 1st Appt**<br>Client interview at 1st appointment.Attorney met with client(s) for initial interview. Upon agreement of representation for bankruptcy proceedings, reviewed all intake forms and documents provided by client(s) reviewing assets and liabilities. Discussed both Chapter 7 and 13 bankruptcy and other options, how the means test works, how our firm works, then prepared retainer contract and other materials for new clients. Provided clients with contract & bankruptcy folder and went over contents in detail. | Frank Hernandez | SENIOR ATTORNEY | $ 350.00 | 1.20 | $ 420.00 |
| 12/11/2014<br>(1) Lumping | **Scanned Sign Up Forms**<br>Reviewed and entered all client contact information on intake forms into computer record, documents received from clients, & completed lawsuit and prior case filing search. | Belfor Arichavala | PHONE COUNSELOR | $ 85.00 | 0.20 | $ 17.00 |
| 01/13/2015<br>(2) Insufficient Description | **Client Called**<br>Call received from Client | Mark Derose | SENIOR PARALEGAL | $ 150.00 | 0.20 | $ 30.00 |
| 01/17/2015<br>(2) Insufficient Description | **Drop In**<br>Client appeared in the office to meet with attorney | Belfor Arichavala | PHONE COUNSELOR | $ 85.00 | 0.30 | $ 25.50 |
| 03/04/2015<br>(2) Insufficient Description | **Client Called**<br>Call received from Client | Charles Kinzer | COURT ATTORNE' | $ 275.00 | 0.20 | $ 55.00 |
| 03/09/2015 | **Drafted Petition - 13**<br>Drafted Chapter 13 Petition and Schedules from information provided by client at consultation with intake forms and other provided documents | Lizette Villegas | JUNIOR ATTORNE | $ 250.00 | 0.80 | $ 200.00 |
| 03/09/2015<br>(2) Insufficient Description | **Review Cases for SDI or NSP**<br>Reviewed upcoming appointment and client record to be prepared | Lizette Villegas | JUNIOR ATTORNE | $ 250.00 | 0.20 | $ 50.00 |

**Time Itemization for Armando Ortiz and Ericka Ortiz, Debtor(s)** — Docket No.: 15-16173

| Date | Task | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 03/09/2015 | **Client Called** <br> Call received from Client <br> (2) Insufficient Description | Daniel Owings | PARALEGAL | $ 85.00 | 0.20 | $ 17.00 |
| 03/09/2015 | **Drop In** <br> Client appeared in the office to meet with attorney <br> (2) Insufficient Description | Lizette Villegas | JUNIOR ATTORNE | $ 250.00 | 0.30 | $ 75.00 |
| 03/10/2015 | **Credit Counseling Certificate Scanned** <br> Pre-Filing Credit Counseling Certificate examined for UST 16 digit code and date of completion and scanned into client's ECF folder | Matthew Utter | PHONE COUNSELOR | $ 85.00 | 0.20 | $ 17.00 |
| 03/10/2015 | **Real Estate Front Screen Validation** <br> Reviewed su entry in relation to sch d; Do not need "Y" marked on RE screen. Please verify b/f filing. old f/c | Elizabeth Starkey | SENIOR PARALEGAL | $ 150.00 | 0.20 | $ 30.00 |
| 03/16/2015 | **Client Letter Received** <br> Letter received from client <br> (2) Insufficient Description | Belfor Arichavala | PHONE COUNSELOR | $ 85.00 | 0.20 | $ 17.00 |
| 03/16/2015 | **Drop In** <br> Client appeared in the office to meet with attorney <br> (2) Insufficient Description | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.30 | $ 105.00 |
| 03/16/2015 | **Work Done** <br> Work completed: <br> (2) Insufficient Description | Nathan Curtis | SUPERVISING ATTORNEY | $ 350.00 | 0.40 | $ 140.00 |
| 03/16/2015 | **Over Median disclaimer** <br> Disclaimer drafted for client since Over Median on Means Test and they want to file Ch 7 | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 1.00 | $ 350.00 |

| | | Time Itemization for Armando Ortiz and Ericka Ortiz, Debtor(s) | | | Docket No.: 15-16173 |

| Date | Task | | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|---|
| 03/31/2015 | **Call to Client** Call to client by corresponding attorney/paralegal rep | | Frank Hernandez | SENIOR ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| (2) Insufficient Description | | | | | | | |
| 03/31/2015 | **Client Called** Call received from Client | | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |
| (2) Insufficient Description | | | | | | | |
| 03/31/2015 | **Review Cases for SDI or NSP** Reviewed upcoming appointment and client record to be prepared | | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |
| (2) Insufficient Description | | | | | | | |
| 03/31/2015 | **Client Email Sent** Email Sent to Client | | Frank Hernandez | SENIOR ATTORNEY | $ 350.00 | 0.15 | $ 52.50 |
| (2) Insufficient Description | | | | | | | |
| 04/03/2015 | **Call to Client** Call to client by corresponding attorney/paralegal rep | | Frank Hernandez | SENIOR ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| (2) Insufficient Description | | | | | | | |
| 04/03/2015 | **Client Called** Call received from Client | | Frank Hernandez | SENIOR ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |
| (2) Insufficient Description | | | | | | | |
| 04/04/2015 | **Review Cases for SDI or NSP** Reviewed upcoming appointment and client record to be prepared | | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |
| (2) Insufficient Description | | | | | | | |
| 04/06/2015 | **Drop In** Client appeared in the office to meet with attorney | | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.30 | $ 105.00 |
| (2) Insufficient Description | | | | | | | |

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 04/17/2015 | **Client Called** <br> Call received from Client <br> (2) Insufficient Description | Lee Sigman | SENIOR PARALEGAL | $ 150.00 | 0.20 | $ 30.00 |
| 04/17/2015 | **Client Text Message Sent** <br> Text message sent to client. <br> (2) Insufficient Description | Lee Sigman | SENIOR PARALEGAL | $ 150.00 | 0.10 | $ 15.00 |
| 04/18/2015 | **Review Cases for SDI or NSP** <br> Reviewed upcoming appointment and client record to be prepared <br> (2) Insufficient Description | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |
| 04/20/2015 | **Drafted 13 Plan** <br> Drafted Chapter 13 Plan with information and updated record with correct terms | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| 04/20/2015 | **Drop In** <br> Client appeared in the office to meet with attorney <br> (2) Insufficient Description | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.30 | $ 105.00 |
| 04/21/2015 | **Voluntary PC Reviewed** <br> Payroll information confirmed, updated schedule I employment information, & Voluntary Payroll Control <br> (4) Improper Time Increments | Lee Sigman | SENIOR PARALEGAL | $ 150.00 | 0.25 | $ 37.50 |
| 04/27/2015 | **Case File w/Deficency** <br> Letter to client after case filed for required documents | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |
| 04/27/2015 | **Pay Advices Scanned** <br> Pay Advices or other proof of income received, reviewed and added to petition and mean test and computer record. Scanned into client's ECF Folde and hard copies filed away | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |

| | Time Itemization for Armando Ortiz and Ericka Ortiz, Debtor(s) | | | | Docket No.: 15-16173 | |
|---|---|---|---|---|---|---|
| | | **Employee Name** | **Title** | **Rate** | **Time (Hrs)** | **Value** |
| 04/27/2015 | **Tax Transcript Years Missing**<br>Taxes reviewed and noted missing years for Tax returns to be requested from IRS | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.30 | $ 105.00 |
| 04/27/2015 | **Reviewed Complete File**<br>Detailed review of petition, plan, and all supporting documents in file. Completed 12 page checklist during review and noted to client's record | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.90 | $ 315.00 |
| 04/28/2015<br>(2) Insufficient Description | **Work Done**<br>Work completed: | Matthew Utter | PHONE COUNSELOR | $ 85.00 | 0.40 | $ 34.00 |
| 04/28/2015<br>(2) Insufficient Description | **Client Email Sent**<br>Email Sent to Client | Matthew Utter | PHONE COUNSELOR | $ 85.00 | 0.15 | $ 12.75 |
| 04/28/2015<br>(2) Insufficient Description | **Note to Client**<br>Letter drafted to client | Matthew Utter | PHONE COUNSELOR | $ 85.00 | 0.10 | $ 8.50 |
| 04/30/2015<br>(2) Insufficient Description | **Call to Client**<br>Call to client by corresponding attorney/paralegal rep | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| 04/30/2015<br>(2) Insufficient Description | **Client Called**<br>Call received from Client | Lane Smith | PHONE COUNSELOR | $ 85.00 | 0.20 | $ 17.00 |
| 04/30/2015<br>(2) Insufficient Description | **Client Text Message Sent**<br>Text message sent to client. | Lane Smith | PHONE COUNSELOR | $ 85.00 | 0.10 | $ 8.50 |

| Time Itemization for Armando Ortiz and Ericka Ortiz, Debtor(s) | | | Docket No.: 15-16173 | | |
|---|---|---|---|---|---|

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 05/01/2015 | **Received Signed Petition**<br>Meeting with attorney to finalize case, sign petition, provide requested documents/information | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.50 | $ 175.00 |
| 05/01/2015 | **Client Letter Received**<br>Letter received from client<br>(2) Insufficient Description | David Lugardo | SENIOR ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |
| 05/02/2015 | **Drop In**<br>Client appeared in the office to meet with attorney<br>(2) Insufficient Description | Ryan Fojo | COURT ATTORNEY | $ 275.00 | 0.30 | $ 82.50 |
| 05/06/2015 | **Client Text Message Sent**<br>Text message sent to client.<br>(2) Insufficient Description | Ron Dwyer | PARALEGAL | $ 85.00 | 0.10 | $ 8.50 |
| 05/06/2015 | **Case Filed in Bankruptcy Court**<br>Case Filed Electronically! Case information input into computer | Ron Dwyer | PARALEGAL | $ 85.00 | 0.30 | $ 25.50 |
| 05/07/2015 | **Motion PC**<br>Motion for Payroll Control Drafted and Filed with the court | Lee Sigman | SENIOR PARALEGAL | $ 150.00 | 0.30 | $ 45.00 |
| 05/07/2015 | **Voluntary PC letter mailed**<br>Voluntary PC letter mailed to employer | Lee Sigman | SENIOR PARALEGAL | $ 150.00 | 0.10 | $ 15.00 |
| 05/07/2015 | **Case Stays Mailed**<br>Post Case Filing Packet mailed/emailed to client with docket #, list of creditors, FAQs, & Payment envelopes | Edgardo Alonzo | PARALEGAL | $ 85.00 | 0.30 | $ 25.50 |

Time Itemization for Armando Ortiz and Ericka Ortiz, Debtor(s) | Docket No.: 15-16173

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 05/07/2015 | **Work Done** <br> Work completed: <br> (2) Insufficient Description | Edgardo Alonzo | PARALEGAL | $ 85.00 | 0.40 | $ 34.00 |
| 05/07/2015 | **Client Fax Sent** <br> Fax sent <br> Automatic_Stay.pdf to Blitt Gaines (Discover Bank) | Edgardo Alonzo | PARALEGAL | $ 85.00 | 0.20 | $ 17.00 |
| 05/07/2015 | **Client Email Sent** <br> Email Sent to Client <br> (2) Insufficient Description | Edgardo Alonzo | PARALEGAL | $ 85.00 | 0.15 | $ 12.75 |
| 05/07/2015 | **Drafted Motion for Fees** <br> Drafted fee application and fee order | Lee Sigman | SENIOR PARALEGAL | $ 150.00 | 0.10 | $ 15.00 |
| 05/07/2015 | **2848 Verified and Ready to Fax** <br> IRS form 2848 filled out by client and verified by PFG staff. | Matthew Utter | PHONE COUNSELOR | $ 85.00 | 0.20 | $ 17.00 |
| 05/07/2015 | **Tax Transcript Req Faxed** <br> IRS Form 2848 (Power of Attorney) faxed to IRS. | Matthew Utter | PHONE COUNSELOR | $ 85.00 | 0.20 | $ 17.00 |
| 05/07/2015 | **Tax Transcript Req Faxed** <br> IRS Form 2848 (Power of Attorney) faxed to IRS. <br> (3) Typo- Duplicate | Matthew Utter | PHONE COUNSELOR | $ 85.00 | 0.20 | $ 17.00 |
| 05/07/2015 | **Called Client with CF Details** <br> Called client post Case filing to give docket #, missing docs, 341 reveiw and discussion of any pending issues <br> (4) Improper Time Increments | Edgardo Alonzo | PARALEGAL | $ 85.00 | 0.25 | $ 21.25 |

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 05/12/2015 | **Voluntary PC Form Faxed to Payroll** <br> Voluntary Payroll form sent to employer via fax | Lee Sigman | SENIOR PARALEGAL | $ 150.00 | 0.10 | $ 15.00 |
| 05/12/2015 | **Order Wage Assignment** <br> Order of Wage Assignment sent to employer with copy of Payroll Control Order | Lee Sigman | SENIOR PARALEGAL | $ 150.00 | 0.40 | $ 60.00 |
| 05/13/2015 | **Tax Transcript Requested** <br> 1040 Request for Return Transcript ordered via IR Online Transcript Delivery System. | Daniel Smith | PARALEGAL | $ 85.00 | 0.80 | $ 68.00 |
| 05/13/2015 | **Tax Documents Scanned** <br> Taxes received, reviewed, and scanned | Daniel Smith | PARALEGAL | $ 85.00 | 0.30 | $ 25.50 |
| 05/14/2015 | **Tax Documents Delivered to TT** <br> Tax Documents Delivered to the Trustee via requested method | Ricardo Gomez | PHONE COUNSELOR | $ 85.00 | 0.20 | $ 17.00 |
| 05/22/2015 | **13 Payment Update** <br> Reviewed Trustee's Website for status of client's payments & payroll control | Timothy Stanton | JUNIOR ATTORNE | $ 250.00 | 0.30 | $ 75.00 |

(5) Unreasonable Time - reduced to 0.1 for same.

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 05/22/2015 | **13 - Prepped File for 341** <br> Review of client's record, case, plan, Trustee website, and documents prior to 341 | Timothy Stanton | JUNIOR ATTORNE | $ 250.00 | 0.30 | $ 75.00 |
| 05/22/2015 | **Call to Client - 341 Reminder** <br> Call to client to discuss 341 appearance requirement, Chapter 13 Payments, missing documents,etc | Timothy Stanton | JUNIOR ATTORNE | $ 250.00 | 0.25 | $ 62.50 |

(4) Improper Time Increments

**Time Itemization for Armando Ortiz and Ericka Ortiz, Debtor(s)** | **Docket No.: 15-16173**

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 05/22/2015 | **Pay Advices Delivered to TT** <br> Pay Advices or other proof of income Delivered to the Trustee via Requested Method | Timothy Stanton | JUNIOR ATTORNE | $ 250.00 | 0.20 | $ 50.00 |
| 05/26/2015 | **Call Incoming** <br> Incoming call from someone other than Client or Creditor <br> (2) Insufficient Description | Lee Sigman | SENIOR PARALEGAL | $ 150.00 | 0.20 | $ 30.00 |
| 06/01/2015 | **Work Done** <br> Work completed: <br> (2) Insufficient Description | Timothy Stanton | JUNIOR ATTORNE | $ 250.00 | 0.40 | $ 100.00 |
| 06/01/2015 | **13 Payment Update** <br> Reviewed Trustee's Website for status of client's payments & payroll control <br> (5) Unreasonable Time - reduced to 0.1 for same. | Timothy Stanton | JUNIOR ATTORNE | $ 250.00 | 0.30 | $ 75.00 |
| 06/01/2015 | **Drop In** <br> Client appeared in the office to meet with attorney <br> (2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.30 | $ 105.00 |
| 06/01/2015 | **13 - 341 Appearance** <br> Appearance at 341 meeting, reviewed file with client, prepared client for 341 meeting and attended meeting of creditors. Entered notes from meeting into client record. | Nana Yaa Russell | ATTORNEY | $ 300.00 | 0.60 | $ 180.00 |
| 06/02/2015 | **Voluntary Payroll Control Active** <br> Review of Trustee website confirming that Employer has sent and Trustee received plan payment | Elizabeth Starkey | SENIOR PARALEGAL | $ 150.00 | 0.10 | $ 15.00 |
| 06/04/2015 | **Client Email Sent** <br> Email Sent to Client <br> (2) Insufficient Description | Christopher Hoffman | JUNIOR ATTORNE | $ 250.00 | 0.15 | $ 37.50 |

| | | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 06/05/2015 | **Debtor Ed - Affidavit Received**<br>We received the Debtor Education Affidavit. | Matthew Utter | PHONE COUNSELOR | $ 85.00 | 0.10 | $ 8.50 |
| 06/08/2015 | **Automatic Stay Lifted**<br>Appeared at motion and the automatic stay was lifted. | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| 06/08/2015 | **Order - Stay Lifted**<br>Order granting the lifting of the automatic stay | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.30 | $ 105.00 |

(2) Insufficient Description

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/07/2015 | **Amendment Done**<br>Received and reviewed documents for amendmer Prepared amendment, saved to client's ECF folde | Nana Yaa Russell | ATTORNEY | $ 300.00 | 0.50 | $ 150.00 |
| 07/09/2015 | **13 Payment Update**<br>Reviewed Trustee's Website for status of client's payments & payroll control | Scott Stoolmaker | OPERATIONS MANAGER | $ 150.00 | 0.30 | $ 45.00 |

(5) Unreasonable Time - reduced to 0.1 for same.

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/17/2015 | **Debtor Educ Reminder Letter**<br>Debtor Educ Reminder Letter | Glen Cretens | PARALEGAL | $ 85.00 | 0.10 | $ 8.50 |

(5) Unreasonable - Already received per previous time entry.

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/20/2015 | **Appeared - Case Continued**<br>Appearance at a motion or confirmation hearing that has been continued. | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| 07/20/2015 | **Order-Case Cont'd**<br>Order continuing confirmation hearing | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |

(2) Insufficient Description

**Time Itemization for Armando Ortiz and Ericka Ortiz, Debtor(s)**  |  **Docket No.: 15-16173**

| Date | Task | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 07/20/2015 | **Note to Client** <br> Letter drafted to client <br> (2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| 07/20/2015 | **Client Email Sent** <br> Email Sent to Client <br> (2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.15 | $ 52.50 |
| 07/30/2015 | **13 Payment Update** <br> Reviewed Trustee's Website for status of client's payments & payroll control <br> (5) Unreasonable Time - reduced to 0.1 for same. | Scott Stoolmaker | OPERATIONS MANAGER | $ 150.00 | 0.30 | $ 45.00 |
| 08/05/2015 | **13 Payment Update** <br> Reviewed Trustee's Website for status of client's payments & payroll control <br> (5) Unreasonable Time - reduced to 0.1 for same. | Scott Stoolmaker | OPERATIONS MANAGER | $ 150.00 | 0.30 | $ 45.00 |
| 08/06/2015 | **Did Amendment that was NAMD** <br> Received and reviewed documents for amendmer Prepared amendment, saved to client's ECF folde <br> (4) Improper Time Increment | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.75 | $ 262.50 |
| 08/06/2015 | **Amendment Done** <br> Received and reviewed documents for amendmer Prepared amendment, saved to client's ECF folde | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.50 | $ 175.00 |
| 08/10/2015 | **Appeared - Case Continued** <br> Appearance at a motion or confirmation hearing that has been continued. | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| 08/10/2015 | **Order-Case Cont'd** <br> Order continuing confirmation hearing <br> (2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 08/10/2015 | **Note to Client**<br>Letter drafted to client<br>(2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| 08/10/2015 | **Client Email Sent**<br>Email Sent to Client<br>(2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.15 | $ 52.50 |
| 08/12/2015 | **13 Payment Update**<br>Reviewed Trustee's Website for status of client's payments & payroll control<br>(5) Unreasonable Time - reduced to 0.1 for same. | Scott Stoolmaker | OPERATIONS MANAGER | $ 150.00 | 0.30 | $ 45.00 |
| 08/20/2015 | **13 Payment Update**<br>Reviewed Trustee's Website for status of client's payments & payroll control<br>(5) Unreasonable Time - reduced to 0.1 for same. | Scott Stoolmaker | OPERATIONS MANAGER | $ 150.00 | 0.30 | $ 45.00 |
| 08/27/2015 | **13 Payment Update**<br>Reviewed Trustee's Website for status of client's payments & payroll control<br>(5) Unreasonable Time - reduced to 0.1 for same. | Scott Stoolmaker | OPERATIONS MANAGER | $ 150.00 | 0.30 | $ 45.00 |
| 08/27/2015 | **Client Called**<br>Call received from Client<br>(2) Insufficient Description | John Justice | SENIOR PARALEGAL | $ 150.00 | 0.20 | $ 30.00 |
| 08/27/2015 | **Client Text Message Sent**<br>Text message sent to client.<br>(2) Insufficient Description | John Justice | SENIOR PARALEGAL | $ 150.00 | 0.10 | $ 15.00 |
| 09/01/2015 | **Review Cases for SDI or NSP**<br>Reviewed upcoming appointment and client recor( to be prepared | Jonathan Parker | SUPERVISING ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |

**Time Itemization for Armando Ortiz and Ericka Ortiz, Debtor(s)** — Docket No.: 15-16173

| Date | Task | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 09/02/2015 | **Confirm Client Consultation**<br>Review of file and call to client for appointment reminder. | Matthew Milligan | PARALEGAL | $ 85.00 | 0.10 | $ 8.50 |
| 09/03/2015 | **13 Payment Update**<br>Reviewed Trustee's Website for status of client's payments & payroll control<br>(5) Unreasonable Time - reduced to 0.1 for same. | Scott Stoolmaker | OPERATIONS MANAGER | $ 150.00 | 0.30 | $ 45.00 |
| 09/03/2015 | **Client Called**<br>Call received from Client<br>(2) Insufficient Description | Andrew Scheid | PHONE COUNSELOR | $ 85.00 | 0.20 | $ 17.00 |
| 09/03/2015 | **Client Text Message Sent**<br>Text message sent to client.<br>(2) Insufficient Description | Andrew Scheid | PHONE COUNSELOR | $ 85.00 | 0.10 | $ 8.50 |
| 09/04/2015 | **Work Done**<br>Work completed:<br>(2) Insufficient Description | Shera Bucchianeri | ATTORNEY | $ 300.00 | 0.40 | $ 120.00 |
| 09/04/2015 | **Drop In**<br>Client appeared in the office to meet with attorney<br>(2) Insufficient Description | Shera Bucchianeri | ATTORNEY | $ 300.00 | 0.30 | $ 90.00 |
| 09/04/2015 | **Client Letter Received**<br>Letter received from client<br>(2) Insufficient Description | Shera Bucchianeri | ATTORNEY | $ 300.00 | 0.20 | $ 60.00 |
| 09/10/2015 | **13 Payment Update**<br>Reviewed Trustee's Website for status of client's payments & payroll control<br>(5) Unreasonable Time - reduced to 0.1 for same. | Scott Stoolmaker | OPERATIONS MANAGER | $ 150.00 | 0.30 | $ 45.00 |

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 09/10/2015 | **Amendment Done**<br>Received and reviewed documents for amendmer<br>Prepared amendment, saved to client's ECF folde<br>Sch J & plan | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.50 | $ 175.00 |
| 09/10/2015 | **Trustee Email Sent**<br>Email sent to Trustee<br>(2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.20 | $ 70.00 |
| 09/14/2015 | **Appeared at Motion**<br>Appeared at motion, entry made to record | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.50 | $ 175.00 |
| 09/14/2015 | **Order - Miscellaneous**<br>MTD w/d<br>(2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| 09/14/2015 | **Appeared Case Confirmed**<br>Appeared at confirmation hearing, case confirmed | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.40 | $ 140.00 |
| 09/14/2015 | **Order - Case Confirmed**<br>(2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.10 | $ 35.00 |
| 09/14/2015 | Letter to client re: Confirmation of case and list of 13 common issues<br>(4) Improper Time Increments | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.25 | $ 87.50 |
| 09/14/2015 | **Client Email Sent**<br>Email Sent to Client<br>(2) Insufficient Description | Dale Riley | SENIOR COURT ATTORNEY | $ 350.00 | 0.15 | $ 52.50 |

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 09/21/2015 | 13 Itemization of Additional Fees<br>Fee itemization done for chapter 13 additional fees. | Anna Morowczynski | SENIOR PARALEGAL | $ 150.00 | 0.10 | $ 15.00 |

|  |  |
|---|---|
| 29.4 | $ 7,236.25 |